No. 99–163. BAGLEY ET AL. *v.* RAYMOND SCHOOL DEPARTMENT ET AL. Sup. Jud. Ct. Me. Motion of Texas Justice Foundation et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. 

No. 99–292. MCCARTY, COMMISSIONER OF THE INDIANA DEPARTMENT OF INSURANCE AND LIQUIDATOR OF CLASSIC FIRE & MARINE INSURANCE CO. *v.* BROWN ET AL. Ct. App. La., 4th Cir. Motion of National Association of Insurance Commissioners for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 99–6071 (99A209). CRANE *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution. 

No. 99–6101. ROWLES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition. 

No. 98–8300. ABDUS-SABIR *v.* HIGHTOWER, WARDEN, ET AL., 526 U. S. 1100; and

No. 98–8790. SMITH *v.* UNITED STATES ET AL., 526 U. S. 1136. Petitions for rehearing denied.